UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAULA J. KARAS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES GOVERNMENT OF WASHINGTON,<br><br>    Defendant. | NO.  CV-12-545-RHW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is the Magistrate Judge's Report and Recommendation.  **ECF No. 6.**  The time for filing objections ran on November 13, 2012, and none have been filed.

**IT IS HEREBY ORDERED:**

1. The Magistrate Judge's Report and Recommendation is **ADOPTED**.

2. The District Court Executive shall close this file.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and to furnish copies to Plaintiff and **close the file**.

**DATED** this 7th day of December 2012.

                             *s/Robert H. Whaley*
                             ROBERT H. WHALEY
                             United States District Judge

Q:\RHW\aCIVIL\2012\Karas.R&R.wpd

**ORDER ADOPTING REPORT AND RECOMMENDATION** ~ 1